**KAZEROUNI LAW GROUP, APC**
Gil Melili, Esq. (SBN: 337116)
gil@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Natalie Daugherty

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE DAUGHERTY,<br><br>         Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS CO.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION LLC,<br><br>         Defendants. | Case No.: 2:22-CV-00151-KJM-DB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR NATALIE DAUGHERTY TO FILE A MOTION TO STRIKE EXPERIAN INFORMATION SOLUTIONS, INC.'S AFFIRMATIVE DEFENSES IN ANSWER; ORDER**<br><br>Action Filed:   January 25, 2022<br>Trial Date:     None Set |

Plaintiff, Natalie Daugherty ("Plaintiff") and Experian Information Solutions, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows, pursuant to Local Rule 144:

    1.    Plaintiff filed the Complaint with the Court on January 25, 2022;

    2.    The Complaint was served on Defendant on January 27, 2022;

    3.    Defendant filed its Answer on February 17, 2022.

    4.    Currently, Plaintiff's deadline to file a Motion to Strike Defendant's affirmative defenses is March 10, 2022.

5.  Currently, Plaintiff and Defendant are actively engaged in case-resolution negotiations.

6.  Defendant does not oppose an extension of Plaintiff's time to file a motion to strike so that the parties may devote their energies to resolving this matter. Pursuant to Local Rule 144(a), the Parties respectfully request the Court for an extension of time for Plaintiff to file her motion to strike for 28 days, which is up to and including April 7, 2022.

7.  The Stipulation is not for delay.

8.  There has not been any previous extension of time for Plaintiff to file a motion to strike.

**NOW THEREFORE, THE UNDERSIGNED PARTIES STIPULATE** as follows:

1.  That the deadline for Plaintiff Natalie Daugherty to file its motion to strike Defendant Experian Information Solutions, Inc.'s affirmative defenses in its Answer (ECF 9) shall be extended by 28 days, to April 7, 2022.

Dated:  March 14, 2022                               Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gil Melili
Gil Melili (Bar No. 337116)
KAZEROUNI LAW GROUP APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Tel: (800) 400-6808
Fax: (800) 520-5523
Email: gil@kazleg.com
Attorney for Plaintiff

Dated:  March 14, 2022          Respectfully Submitted,

**JONES DAY**

By: /s/ Michael Kushner
Michael Kushner (Bar No. 335840)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Tel: (949)553-7567
Email: mkushner@jonesday.com
Attorney for Defendant Experian


**SIGNATURE CERTIFICATION**

I, Gil Melili, Esq., hereby certify that the content of this document is acceptable to all counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

By:   /s/ Gil Melili
Gil Melili (Bar No. 337116)
KAZEROUNI LAW GROUP APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Tel: (800) 400-6808
Fax: (800) 520-5523
Email: gil@kazleg.com
Attorney for Plaintiff

**ORDER**

WHEREFORE, the above-referenced Plaintiff shall have until and including April 7, 2022, to file her motion to strike Defendant's affirmative defenses.

IT IS SO ORDERED.

DATED: March 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE