STROOCK & STROOCK & LAVAN LLP
BRIAN C. FRONTINO (State Bar No. 222032)
2029 Century Park East, Floor 18
Los Angeles, CA 90067-3086
Telephone: 310.556.5800
Facsimile: 310.556.5959
Email: *bfrontino@stroock.com*
         *lacalendar@stroock.com*

Attorneys for Defendant
  AMERICAN EXPRESS NATIONAL BANK, erroneously sued as
  AMERICAN EXPRESS COMPANY

# UNITED STATES DISTRICT COURT FOR

# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE DAUGHERTY, Individually,<br><br>      Plaintiff<br><br>  vs.<br><br>AMERICAN EXPRESS CO.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,; and TRANS UNION LLC,<br><br>      Defendants. | Case No. 2:22-cv-00151(KJM)(DB)<br><br>**ORDER STAYING ACTION AS TO AMERICAN EXPRESS PENDING THE COMPLETION OF ARBITRATION** |

ORDER

MIA 31562968

Having reviewed the parties' Stipulation to Stay Action as to American Express Pending the Completion of Arbitration, and finding good cause, the Stipulation is **GRANTED**, and all claims asserted in this action against American Express National Bank ("American Express"), erroneously sued as American Express Company, in this action shall be **STAYED** pending completion of the arbitration proceedings. The Court shall retain jurisdiction to enforce any award entered in the arbitration.

**IT IS SO ORDERED.**

Dated: April 15, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

MIA 31562968