UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATALIE DAUGHERTY, | Case No. 2:22-cv-00151-KJM-DB |
| Plaintiff, | Hon. Kimberly J. Mueller |
| v. | **ORDER GRANTING STIPULATION FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO FILE ITS FIRST AMENDED ANSWER** |
| AMERICAN EXPRESS CO.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC, | |
| Defendants. | |

Good cause appearing, the court grants parties' Joint Stipulation for Experian Information Solutions, Inc. to File its First Amended Answer to Plaintiff's Complaint. Defendant Experian is permitted to file its First Amended Answer as proposed.

IT IS SO ORDERED.

DATED: May 3, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE